IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01690-WYD-BNB

ALLSTATE INSURANCE COMPANY, an Illinois Corporation,

      Plaintiff,

v.

SIMON DELREAL;
JUDY DELREAL;
ERIC DELREAL;
ANTOINETTE GONZALES; and
ISAIAH GONZALES,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      The Motion to Intervene and Motion to Remand and Remove to Adams County District Court [# 4], filed on September 19, 2006, is stricken with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

      Counsel is also advised to consult D.C.COLO.LCivR 10.1 regarding the format of papers presented for filing.

      Dated:  September 19, 2006