IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01690-WYD-BNB

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Plaintiff,

v.

SIMON DELREAL,
JUDY DELREAL,
ERIC DELREAL,
ANTIONETTE GONZALES, and
ISAIAH GONZALES,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with my Order to Show Cause [Doc. # 21, filed 1/12/200].  The Order to Show Cause is DISCHARGED, and the case is set for a status conference on February 2, 2007, at 8:30 a.m.

By minute order dated November 9, 2006, this case was set for a scheduling conference on January 11, 2007, at 9:30 a.m.  Counsel for defendants Antionette and Isaiah Gonzales appeared at that time, but counsel for the plaintiff neither appeared nor contacted the court. Although I was informed that defendants Simon and Judy Delreal had filed petitions in bankruptcy and that claims against them were subject to the automatic bankruptcy stay, claims against the other defendants were not subject to the automatic stay.

The plaintiff responded to the Order to Show Cause indicating that its failure to appear at

the scheduling conference was the result of an honest misunderstanding.

IT IS ORDERED that the Order to Show Cause is VACATED.

IT IS FURTHER ORDERED that a status conference is set for **February 2, 2007, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, to discuss whether any portion of the case can proceed during the bankruptcy involving Simon and Judy Delreal.

Dated January 24, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge