IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01690-WYD-BNB

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Plaintiff,

v.

SIMON DELREAL,
JUDY DELREAL,
ERIC DELREAL,
ANTIONETTE GONZALES, and
ISAIAH GONZALES,

Defendants.
_____

**ORDER**
_____

Plaintiff and the Gonzales defendants appeared this morning for a status conference. At the conference, counsel informed me that the case can proceed against the non-bankrupt defendants. Accordingly,

IT IS FURTHER ORDERED that a scheduling conference involving the plaintiff and the non-bankrupt defendants is set for **February 26, 2007, at 1:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The plaintiff and the non-bankrupt defendants shall prepare a scheduling order and submit it to my chambers by **Febraury 19, 2007**.

Dated February 2, 2007.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge