IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01690-WYD-BNB

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Plaintiff,

v.

SIMON DELREAL,
JUDY DELREAL,
ERIC DELREAL,
ANTIONETTE GONZALES, and
ISAIAH GONZALES,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **November 15, 2007**, the parties shall file either (i) a motion seeking administrative closure of this case pending approval of a minor settlement in a state court of competent jurisdiction or (ii) a status report addressing why the motion has not been filed.

Dated November 1, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge