IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01690-WYD-BNB

ALLSTATE INSURANCE COMPANY, an Illinois Corporation,

    Plaintiff,

v.

SIMON DELREAL;
JUDY DELREAL;
ERIC DELREAL;
ANTOINETTE GONZALES; and
ISAIAH GONZALES,

    Defendants.

## ORDER

    THIS MATTER comes before the Court on Plaintiff's Motion to Administratively Close Case (docket #52), filed November 13, 2007.  In the motion, the parties state that they have reached a settlement in the above-captioned case, however since Defendant Isaiah Gonzales is a minor, the settlement of his claims must be approved by a State of Colorado Probate Court.  Additionally, a Medicaid lien for treatment rendered to Defendant Isaiah Gonzalez needs to be satisfied.  The parties request that I administratively close this case pursuant to D.C.COLO.L.CivR 41.2 while they obtain approval of this settlement and obtain a negotiated compromise of the Medicaid Lien.

    Having reviewed and considered Plaintiff's Motion to Administratively Close Case, and being itself fully advised, I find that it should be granted.  Accordingly, it is

    ORDERED that the Motion to Administratively Close Case (docket #52) is

**GRANTED.** It is further

ORDERED that the Clerk of the Court shall administratively close this case pursuant to D.C.COLO.LCivR 41.2. with leave to be reopened for good cause shown.

Dated: November 15, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge